**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
DARIUS MONROE,

                              Petitioner,                    21 **CIVIL** 4901 (VB)
                                                             18 **CR** 585-5 (VB)


              -against-                                      <u>**JUDGMENT**</u>

UNITED STATES OF AMERICA,
                              Respondent.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated October 28, 2021, the pending Section 2241 motion is

DISMISSED WITHOUT PREJUDICE as withdrawn. The Court certifies pursuant to 28 U.S.C.

§ 1915(a)(3) that any appeal from the Order would not be taken in good faith, and therefore in

forma pauperis status is denied for the purposes of an appeal. Cf. Coppedge v. United States, 369

U.S. 438, 444-45 (1962); accordingly, case No. 21 CV 4901 is closed.

**DATED:**  New York, New York
               October 28, 2021


                                              **RUBY J. KRAJICK**
                                   _____
                                              **Clerk of Court**
                            **BY:**
                                              K. Mango
                                   _____
                                              **Deputy Clerk**